PROB 12B
(7/93)

Report Date: July 11, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Armando Bucio-Cisneros          Case Number: 2:11CR02079-019

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/17/2012             Type of Supervision: Probation

Original Offense: Misprision of a Felony, 18 U.S.C. § 4    Date Supervision Commenced: 12/17/2012

Original Sentence: Probation - 36 Months          Date Supervision Expires: 12/16/2015

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Armando Bucio-Cisneros submitted to a mandatory drug test on July 11, 2013, and it was presumptive positive for marijuana. Mr. Bucio-Cisneros admitted he had used marijuana on or about June 28, 2013. He signed an admission form indicating the use of marijuana on this date. The defendant advised it was an error in judgment while he was associating with old friends. He apologized for his behavior and stated he does not use controlled substances and is aware he has a great deal to lose should he have a lapse in judgment again.

Before this violation, Mr. Bucio-Cisneros had been compliant with his probation. He reported to this officer as required, he has made his monthly restitution payments, and has had no contact with law enforcement. The defendant has a prosocial family, a good job, and stable housing. Mr. Bucio-Cisneros has agreed to submit to regular random drug testing to ensure that he has discontinued using any controlled substances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/11/2013

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

Prob 12B
**Re: Bucio-Cisneros, Armando**
**July 11, 2013**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

7/15/13
Date